IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

JAN 0 7 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY CLERK

| | |
|---|---|
| HAROLD LLOYD SHIELDS, § § Plaintiff, § § V. § § CAROL L. TWISS, § § Defendant. § § | CIVIL ACTION NO. SA-01-CA-0289-HG |

## ORDER

Came on this day to be considered Defendants' motion to quash the subpoenas of Grand Jury members Stehling, Thompson and Thomas and the Court after considering said motion find said motion to be meritorious.

It is therefore **ORDERED AND DECREED** that the deposition notices of Stehling, Thompson and Thomas be quashed and that counsel for the Plaintiffs be instructed not to contact or attempt to contact any member of the Kerr County Grand Jury concerning the indictment of Harold Shields.

SIGNED this 7th day of January, 2002.

For H.F. GARCIA
UNITED STATES DISTRICT JUDGE