FILED

FEB 1 1 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAROLD LLOYD SHIELDS | * | |
| | * | CIVIL ACTION NUMBER |
| VS. | * | |
| | * | SA-01-CA-0289-HG |
| CAROL L. TWISS | * | |

### ORDER

**CAME ON TO** be heard the Plaintiff **HAROLD LLOYD SHIELDS'** Motion To Reconsider and Defendants' Response thereto and the Court after considering said Motion and Response finds said Motion To Reconsider is without merit;

**IT IS THEREFORE ORDERED AND DECREED** that the Plaintiff's Motion To Reconsider be Denied.

**IT IS SO ORDERED.**

Signed this 6th day of Feb., 2002.

_[signature]_
UNITED STATES DISTRICT JUDGE

52